PRAMCO II, LLC; Emil Hirsch; O'Connor & Hannan, LLP, Plaintiffs–Appellees,

v.

David M. KISSI, Individually and in his capacity as Co–Trustee of the Ammendale Living Trust, Defendant–Appellant,

and

Edith Truvillion Kissi; Ammendale Living Trust, Defendants,

David Muchow, Respondent,

Christopher Bowmar Mead; Richard M. Kremen; Jose Andrade; DLA Piper U.S. LLP; Robert Eric Greenberg, Parties–in–Interest,

Ammendale Living Trust, Garnishee,

v.

Michael Pearson; Bennett and Bair, LLP, Movants.

No. 09–1413.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

David M. Kissi, Appellant Pro Se. Emil Hirsch, James Patrick Ryan, Nossaman, LLP, Washington, DC, for Appellees.

788

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi seeks to appeal the district court's order denying without prejudice the plaintiffs' motion to reopen the underlying proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Kissi seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*